United States District Court
Southern District of Texas
**ENTERED**
August 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALEXANDER K ALVARADO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-230 |
| | § | |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(a)(ii) provides for dismissal without a court order when the stipulation of dismissal is signed by all parties who have appeared.[2] Here, the stipulation of dismissal was signed by all parties who have appeared.[3] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of August, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 11.
[2] Fed. R. Civ. P. 41(a)(1)(a)(ii).
[3] Dkt. No. 11, at pp. 1–2.